# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GREGORY BRETT JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2125
_____

April 24, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.